

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Texas Department of Public Safety,     * From the County Court at Law No. 2
                                    of Taylor County,
                                    Trial Court No. 5899.

Vs. No. 11-15-00043-CV             * March 31, 2017

Seth Aaron Ardoin,                    * Opinion by Bailey, J.
                                     (Panel consists of: Wright, C.J.,
                                     Willson, J., and Bailey, J.)

       This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and we render judgment in favor of the Texas Department of Public Safety, reinstating the decision of the administrative law judge. The costs incurred by reason of this appeal are taxed against Seth Aaron Ardoin.